**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESUS CISNEROS, | ) | NO. CV 08-685-JFW(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| T. FELKER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

      Pursuant to the Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,


      IT IS ADJUDGED that the Petition is denied and dismissed with
prejudice.


          DATED:  October 17, 2008.


                              _____
                              JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE